**Dismissed and Memorandum Opinion filed August 21, 2012**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-00854-CV

---

**TIFFANY DIGGS, Appellant**

**V.**

**RANDOLPH DIGGS, JR., Appellee**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2009-81634**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 1, 2011.  The clerk's record was filed November 19, 2011.  The reporter's record was filed March 5, 2012.  No brief was filed.

On June 19, 2012, this court issued an order stating that unless appellant submitted a brief on or before July 19, 2012, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.